## STATE OF CONNECTICUT *v.* SCOTT DESMOND
## (13487)

SCHALLER, SPEAR and HENNESSY, Js.
Argued June 5—decision released July 4, 1995

*Frederick W. Odell,* for the appellant (defendant).

*Ronald G. Weller,* deputy assistant state's attorney, with whom, on the brief, were *John T. Redway,* state's attorney, and *Russell Zentner,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.